UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARKBOX, INC.,

    Plaintiff,

-against-

BULLYMAKE LLC,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/20

20-CV-2994 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated during the November 18, 2020 settlement conference, the parties shall submit a confidential joint letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, no later than **December 4, 2020**, updating the Court as to the status of settlement negotiations.

Dated: New York, New York
       November 19, 2020

**SO ORDERED**.

_____
**BARBARA MOSES
United States Magistrate Judge**