```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARKBOX, INC.,

       Plaintiff,

  -against-

BULLYMAKE LLC,

       Defendant.

20-CV-2994 (JPC) (BCM)

**ORDER SCHEDULING CONTINUED SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will conduct a telephonic continued settlement conference on **January 20, 2021, at 9:30 a.m.** The parties are directed to call (888) 557-8511 a few minutes before 9:30 a.m. and enter (a) the access code 7746387 and (b) the security code that the Court will provide to you by email. No later than **January 13, 2021**, the parties may confidentially submit a joint letter to the Court, at Moses_NYSDChambers@nysd.uscourts.gov, updating the Court on their settlement negotiations since their December 4, 2020 confidential letter submission. If the parties reach a settlement at any time prior to the January 20 conference, they shall promptly so inform the Court.

Dated: New York, New York
       December 14, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**